### ORLANDO v. PALLADINO.

(Supreme Court, Appellate Term. November 24, 1908.)

COURTS (§ 190*)—CITY COURTS—FRIVOLOUS APPEAL—DISMISSAL.
  Since a justice of the City Court has power to revise or recall his decision, an appeal from an order imposing costs on the ground that the memorandum announcing a justice's decision did not mention costs was frivolous.
  [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from City Court of New York, Special Term.

Action by Antonio Orlando against Angelo Palladino. From an order of the New York City Court, plaintiff appeals. Dismissed.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Pace & Stimpson, for appellant.
Andrew S. Fraser, for respondent.

MacLEAN, J. The learned justice in the City Court filed a memorandum announcing his decision of a motion without mentioning costs, but in the order he signed and which was entered thereon he imposed costs. From that comes this appeal, which is frivolous, as the justice had power to revise or recall his decision. Post v. Cobb, 13 N. Y. St. Rep. 555. In the case (Siegrist v. Holloway, 7 Civ. Proc. R. [N. Y.] 58) cited by the appellant, cited now and again on such motions, and even in a respectable handbook on practice, as authority otherwise, the order was seemingly entered by the clerk who, of course, had no power to enlarge the decision of the county judge.

Appeal dismissed, with $10 costs to the respondent. All concur.